UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY G. PHILPOT,

    Plaintiff,

v.                                       CASE NO.  3:18-cv-1169-J-20JBT

JOHN OR JANE DOE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Take Immediate Discovery ("Motion") (Doc. 5).  For the reasons set forth herein, the Motion is **DENIED without prejudice** to Plaintiff filing a revised motion attaching the proposed subpoena to Perfect Privacy, LLC, in accordance with this Order, **on or before February 13, 2019**.

Upon review of the Motion, it appears that, at this time, both the parties to be served and the scope of the subpoenas are too broad.  Plaintiff requests the subject discovery for the limited purpose of learning Defendant's identity in order to effectuate service of process.  (*See* Doc. 5 at 2.)  In order to effectuate service, Plaintiff only needs Defendant's name, address, and possibly phone number and email address.  As Plaintiff states in the Motion, it is likely that the information produced by Perfect Privacy, LLC will include Defendant's name, address, and

phone number. (*Id.*)  Thus, at this point in the proceedings, it is necessary for Plaintiff to subpoena only Perfect Privacy, LLC.

Additionally, the scope of the subpoena issued to Perfect Privacy, LLC should be limited to requesting Defendant's name, address, phone number, and email address. The subpoena should not include a request for information regarding when Defendant accessed the subject website.

If Plaintiff files an appropriate motion, and the Court grants that motion, the Court will ensure Defendant has an opportunity to object to the disclosure of any identifying information, and if Defendant does object, Perfect Privacy, LLC will be directed to withhold the identifying information from Plaintiff unless and until a subsequent Court order is issued authorizing that disclosure.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 5**) is **DENIED without prejudice**.

2. **On or before February 13, 2019**, Plaintiff may file a revised motion attaching the proposed subpoena to Perfect Privacy, LLC, in accordance with this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on January 30, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record