UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY G. PHILPOT,

    Plaintiff,

v.       CASE NO. 3:18-cv-1169-J-20JBT

JOHN OR JANE DOE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Take Immediate Discovery ("Motion") (Doc. 7). On January 30, 2019 the Court denied Plaintiff's previously filed Motion for Leave to Take Immediate Discovery (Doc. 5) without prejudice to Plaintiff filing a revised motion and attaching the proposed subpoena that is the subject of the Motion. Upon consideration of the Motion and related filings, the Court finds that good cause exists to allow service of the proposed subpoena on Perfect Privacy, LLC.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 7**) is **GRANTED** to the extent that Plaintiff may issue the proposed subpoena to Perfect Privacy, LLC after altering the return date in accordance with the instructions in paragraph four herein.

2.	Plaintiff may serve Perfect Privacy, LLC under Federal Rule of Civil Procedure 45, commanding it to provide Plaintiff with the information identified in the subpoena.  Plaintiff shall attach to the subpoena a copy of this Order.

3.	If and when Perfect Privacy, LLC is served with the subpoena, it shall give written notice, which may include e-mail notice, to any affected registrant(s), and such notice shall include a copy of this Order and inform the registrant(s) of their right to challenge the subpoena in court.

4.	If Perfect Privacy, LLC and/or any identified party wishes to modify, quash, or otherwise challenge the subpoena, and/or service thereof, such party must do so before the return date of the subpoena, which shall be at least twenty-one (21) days from the date of service.  Perfect Privacy, LLC shall preserve but not disclose any subpoenaed information pending the resolution of any timely filed motion.

5.	Plaintiff may use the information disclosed in response to the subpoena served on Perfect Privacy, LLC only as necessary to prosecute this action.

6.	The Motion is **DENIED** is all other respects.

**DONE AND ORDERED** at Jacksonville, Florida, on February 15, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record